**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**


DISNEY ENTERPRISES, INC.,

     Plaintiff,

vs.                                                                  CASE NO. 6:06-CV-1200-ORL-19KRS

GILBERT LAY d/b/a
KTLS CANDLES, and
TATJANA SHMELJOVA
d/b/a KTLS CANDLES,

     Defendants.

_____


STIPULATED FINAL JUDGMENT AND PERMANENT INJUNCTION
AGAINST GILBERT LAY d/b/a KTLS CANDLES, AND
TATJANA SHMELJOVA d/b/a KTLS CANDLES

Upon consideration of the parties Stipulated Final Judgment and Permanent Injunction, and this Court being fully aware of the premises, the Court makes the following findings of fact and conclusions of law:

1)     This Court has jurisdiction over the Plaintiff, Disney Enterprises, Inc. (hereinafter "Disney") and Defendants, Gilbert Lay d/b/a KTLS Candles and Tatjana Shmeljova d/b/a KTLS Candles (hereinafter collectively referred to as "Defendants"), and the Subject Matter of this action.

2)     That the parties stipulate that Disney is the owner and/or exclusive licensee of all copyrights and trademarks identified in the Complaint and also listed as Exhibits "A" and "B" to the Permanent Injunction. The registrations are valid and subsisting and are conclusive proof of the Plaintiff's rights to the marks and properties noted. Disney's

copyrighted works and trademarks will be hereinafter collectively referred to as "the Copyrighted Properties and Trademarks."

3)      That the parties stipulate that Disney is suffering and has suffered irreparable injury as a result of the Defendants' distribution, display, sale, advertisement, promotion, marketing, and/or offer for sale of candles in conjunction with unauthorized simulations, reproductions, counterfeits, copies or colorable imitations of the Copyrighted Properties and Trademarks, or bearing a design or image which is of a substantially similar appearance to the Trademarks and Copyrighted Properties.  The Plaintiff will continue to suffer irreparable harm and injury should a Permanent Injunction Order not be issued.

4)      The Defendants have stipulated and agreed to entry of a Permanent Injunction forever enjoining them from selling, offering for sale, advertising, promoting, marketing and/or distributing merchandise, including candles, in conjunction with any unauthorized simulations, reproductions, counterfeits, copies or colorable imitations of the Copyrighted Properties and Trademarks, or any unauthorized design or image which is of a substantially similar appearance to the Copyrighted Properties and Trademarks, or from utilizing such unauthorized Copyrighted Properties and Trademarks in or in conjunction with any solicitations, advertisements and or marketing.

In view of the foregoing:

IT IS ORDERED AND ADJUDGED that a Permanent Injunction is entered as to Gilbert Lay d/b/a KTLS Candles and Tatjana Shmeljova d/b/a KTLS Candles, pursuant to Rule 65 of the Federal Rules of Civil Procedure, enjoining Gilbert Lay d/b/a KTLS Candles and Tatjana Shmeljova d/b/a KTLS Candles, their agents, servants, employees and attorneys, and upon those persons in active concert or participation with them who receive actual notice

of this Order by personal service or otherwise:

    a.      from selling, offering for sale, advertising, promoting, marketing and/or distributing merchandise, including candles, in conjunction with any unauthorized simulations, reproductions, counterfeits, copies or colorable imitations of the Copyrighted Properties and Trademarks, or any unauthorized design or image which is of a substantially similar appearance to the Copyrighted Properties and Trademarks, or from utilizing such unauthorized Copyrighted Properties and Trademarks in or in conjunction with any solicitations, advertisements and/or marketing.

    b.      from passing off, inducing or enabling others to sell or pass off, as authentic services or products produced by the Plaintiff or otherwise authorized by the Plaintiff, any service or product not manufactured by the Plaintiff or produced under the control or supervision of the Plaintiff, or approved by the Plaintiff, which utilize any of the Copyrighted Properties and Trademarks;

    c.      from committing any act calculated to cause purchasers to believe that the Defendants' services and/or products are those sold under the control and supervision of the Plaintiff, or are sponsored, approved or guaranteed by the Plaintiff, or are connected with and produced under the control or supervision of the Plaintiff;

    d.      from diluting and infringing the Plaintiff's Copyrighted Properties and Trademarks and damaging their goodwill;

    e.      from causing, aiding, and/or abetting any other person from doing any act proscribed under a. through d. above.

It is further, ORDERED and ADJUDGED,

That the Clerk is directed to enter judgment in the total amount of Fifty Thousand Dollars ($50,000.00) against the Defendants, Gilbert Lay d/b/a KTLS Candles, and Tatjana Shmeljova d/b/a KTLS Candles, jointly and severally, and in favor of the Plaintiff, Disney Enterprises, Inc., upon which execution may issue and upon which interest may accrue pursuant to 28 U.S.C. §1961.

It is further, ORDERED AND ADJUDGED,

That the parties waive appeal of this Permanent Injunction and Final Order.

It is further, ORDERED AND ADJUDGED,

That this Permanent Injunction and Final Order shall operate as a final judgment as to Gilbert Lay d/b/a KTLS Candles and Tatjana Shmeljova d/b/a KTLS Candles.

It is further, ORDERED AND ADJUDGED,

That each party to this Permanent Injunction and Final Order shall bear its own attorneys' fees and costs of this action.

**DONE AND ORDERED** at Orlando, Florida, this __14th__ day of February, 2007 at 11:57 a.m.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

All Counsel of Record